1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474  Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff
TIFFANY RADINSKY

**UNITED STATE DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

TIFFANY RADINSKY,

      Plaintiff,

    vs.

AUDIT SYSTEMS, LLC.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Case No.: 10-CV-00984**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, TIFFANY RADINSKY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Notice of Settlement

1

Respectfully Submitted,

2

3   DATED: March 25, 2010          KROHN & MOSS, LTD.

4

5                                   By:  /s/ Ryan Lee                              _

6                                        Ryan Lee
                                         Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement

1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2

3
TIFFANY RADINSKY,                                    )
                                                     )
4
        Plaintiffs,                                  )
                                                     )
5
        v.                                           )        Case No. 10-cv-00984
                                                     )
6
                                                     )
                                                     )
7
AUDIT SYSTEMS, INC.,                                 )
                                                     )
8
        Defendant.                                   )

9
                        **CERTIFICATE OF SERVICE**

10
I hereby certify that a copy of the foregoing NOTICE OF SETTLEMENT was sent via USPS:

11
Issa Moe, Esq.
12
Moss & Barnett, P.A.
4800 Wells Fargo Center
13
90 South Seventh Street
Minneapolis, MN 55402
14

Dated:  March 25, 2010
15
                                        /s/ Ryan Lee
                                         KROHN & MOSS, LTD.
16
                                  10474 Santa Monica Blvd. Ste. 401
17
                                      Los Angeles, CA 90025
                                     rlee@consumerlawcenter.com
18
                                       (323) 988-2400 x 241
                                      Attorney for Plaintiff,
19
                                     TIFFANY RADINSKY

20

21

22

23

24

25

Notice of Settlement