Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, TIFFANY RADINSKY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIFFANY RADINSKY, | Case No.: 10-CV-00984 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| AUDIT SYSTEMS, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TIFFANY RADINSKY, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 20, 2010                           KROHN & MOSS, LTD.


                                                By:/s/ Ryan Lee .
                                                    Ryan Lee
                                                    Attorneys for Plaintiff
                                                    TIFFANY RADINSKY